IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| APRIVEN PARTNERS, LP, | § | |
| Plaintiff, | § § § | |
| | § | CIVIL ACTION NO. |
| v. | § § | 3:08-cv-1760-M |
| THOMAS J. PETTERS, | § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Defendant's Notice of Order Staying Civil Litigation ("Order to Stay") [Docket Entry #3], informing this Court of an Order issued by the Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, staying all civil litigation against the Receivership Defendants in her case, including the same Thomas J. Petters who is a Defendant in this case. Having considered the Order, the Court finds that this action is encompassed in the Order to Stay, and hereby STAYS this case for a period of one year. The Clerk is directed to administratively close this case. If neither party files a Motion to Re-Open this case within the one year period, it shall be dismissed.

**SO ORDERED** this 22nd day of January, 2009.

*[signature: Barbara M. G. Lynn]*
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**